IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **DEANNA COLEMAN,** | : |
| | :    **Case No. 5:25-cv-00501-XR** |
| **PLAINTIFF,** | : |
| | : |
| **v.** | : |
| | : |
| **RANDOLPH-BROOKS FEDERAL CREDIT UNION AND JANUARY TECHNOLOGIES, INC.,** | : |
| | : |
| **DEFENDANTS.** | : |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE CLERK OF THE COURT:**

Please enter my appearance as attorney of record for Defendant January Technologies, Inc.

Respectfully submitted,

By:    /s/ Manuel H. Newburger
Manuel H. Newburger (attorney-in-charge)
State Bar No. 14946500
mnewburger@bn-lawyers.com
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
Tel: (512) 476-9103
Fax: (512) 576-9253
Attorneys for Defendant January Technologies, Inc.

Dated: September 12, 2025

1

## CERTIFICATE OF SERVICE

I certify that on September 12, 2025, a true copy of the foregoing document was served on all parties and counsel of record via CM/ECF.

**BARRON & NEWBURGER, P.C.**

By: /s/ Manuel H. Newburger
Manuel H. Newburger (attorney-in-charge)
State Bar No. 14946500
mnewburger@bn-lawyers.com
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
Tel: (512) 476-9103
Fax: (512) 576-9253
Attorneys for Defendant January Technologies, Inc.