IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEANNA COLEMAN, | : |
| | :    **Case No. 5:25-00501-XR** |
|     PLAINTIFF, | : |
| | : |
| v. | : |
| | : |
| RANDOLPH-BROOKS FEDERAL CREDIT UNION AND JANUARY TECHNOLOGIES, INC., | : |
| | : |
|     DEFENDANTS. | : |

### DEFENDANT JANUARY TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant January Technologies, Inc. submits the following statement pursuant to FED. R. CIV. 7.1:

Defendant January Technologies, Inc. certifies that it is not publicly traded and that no publicly held entity holds any ownership interest in it.

Dated: September 12, 2025      Respectfully submitted,

/s/ Manuel H. Newburger
Manuel H. Newburger (attorney-in-charge)
State Bar No. 14946500
mnewburger@bn-lawyers.com
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
Tel: (512) 476-9103, Ext. 216
Fax: (512) 576-9253
Attorneys for Defendant January Technologies, Inc.

**CERTIFICATE OF SERVICE**

I certify that on September 12, 2025, a true copy of the foregoing document was served on all parties and counsel of record via CM/ECF.

/s/ <u>Manuel H. Newburger</u>
Manuel H. Newburger (attorney-in-charge)
State Bar No. 14946500
mnewburger@bn-lawyers.com
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
Tel: (512) 476-9103
Fax: (512) 576-9253
Attorneys for Defendant January Technologies, Inc.