IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEANNA COLEMAN, | : |
| | : Case No. 5:25-cv-00501-XR |
|     PLAINTIFF, | : |
| | : |
| v. | : |
| | : |
| RANDOLPH-BROOKS FEDERAL CREDIT UNION AND JANUARY TECHNOLOGIES, INC., | : |
| | : |
|     DEFENDANTS. | : |

**NOTICE OF APPEARANCE OF COUNSEL**

**TO THE CLERK OF THE COURT:**

Please enter my appearance as attorney of record for Defendant Randolph-Brooks Federal Credit Union.

                              Respectfully submitted,

By:   /s/ Manuel H. Newburger
        Manuel H. Newburger (attorney-in-charge)
        State Bar No. 14946500
        mnewburger@bn-lawyers.com
        BARRON & NEWBURGER, P.C.
        7320 N. MoPac Expy., Suite 400
        Austin, Texas 78731
        Tel: (512) 476-9103
        Fax: (512) 576-9253
        Attorneys for Defendant Randolph-Brooks
        Federal Credit Union

Dated:  September 12, 2025

## **CERTIFICATE OF SERVICE**

I certify that on September 12, 2025, a true copy of the foregoing document was served on all parties and counsel of record via CM/ECF.

                                      **BARRON & NEWBURGER, P.C.**

By:    /s/ Manuel H. Newburger
          Manuel H. Newburger (attorney-in-charge)
          State Bar No. 14946500
          mnewburger@bn-lawyers.com
          BARRON & NEWBURGER, P.C.
          7320 N. MoPac Expy., Suite 400
          Austin, Texas 78731
          Tel: (512) 476-9103
          Fax: (512) 576-9253
          Attorneys for Defendant Randolph-Brooks
          Federal Credit Union