UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEANNA COLEMAN,<br>   PLAINTIFF<br>V.<br><br>RANDOLPH-BROOKS FEDERAL CREDIT UNION AND JANUARY TECHNOLOGIES, INC.<br>   DEFENDANTS | CASE NO: 5:25-cv-501-XR |

NOTICE OF PENDING SETTLEMENT

1. Plaintiff Deanna Coleman and Defendants January Technologies, Inc. and Randolph-Brooks Federal Credit Union (RBFCU) hereby notify the Court that they have reached a settlement in principle resolving all claims in this matter. The Parties are in the process of finalizing the settlement documents.

2. The Parties respectfully request that the Court stay all current deadlines and settings for 60 days to allow completion of settlement documentation and filing of dismissal papers. The Parties anticipate filing a stipulation of dismissal on or before December 22, 2025.

3. This request is made in good faith and not for purposes of delay.

        Respectfully submitted,

        */s/ Amy Beth Clark*

        Amy Beth Clark, TX Bar No. 24043761
        amy@cimentlawfirm.com
        Ciment Law Firm, PLLC
        221 Bella Katy, Dr.
        Katy, Texas 77494
        Ph: 833-663-3289
        eService: courtfilings@cimentlawfirm.com
        ATTORNEY FOR PLAINTIFF
        Deanna Coleman

Certificate of Service

I hereby certify that on October 22, 2025 I electronically filed the foregoing **Notice of Pending Settlement** with the Clerk of Court using the **CM/ECF system**, which will send notification of such filing to all counsel of record.

*/s/ Amy Beth Clark*

Amy Beth Clark