UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEANNA COLEMAN, § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | Case No. SA-25-CA-00501-XR | |
| § | | |
| RANDOLPH-BROOKS FEDERAL § | | |
| CREDIT UNION, JANUARY § | | |
| TECHNOLOGIES, INC., § | | |
| *Defendant* § | | |

### SETTLEMENT ORDER

The parties have informed the Court that they are finalizing a settlement in this matter. ECF No. 14. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court stays all remaining deadlines and settings for sixty days, and **ORDERS** the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **December 22, 2025**. *See* FED. R. CIV. P. 41. **Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.**

It is so **ORDERED**.

**SIGNED** this 23rd day of October, 2025.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE