UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEANNA COLEMAN, § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | Case No.  SA-25-CA-00501-XR | |
| § | | |
| RANDOLPH-BROOKS    FEDERAL § | | |
| CREDIT    UNION,    JANUARY § | | |
| TECHNOLOGIES, INC., § | | |
| *Defendants* § | | |

## ORDER

On October 22, 2025, the Parties notified the Court that they were finalizing a settlement in this matter.  ECF No. 14.  On October 23, 2025, the Court stayed the case for sixty days and ordered the parties to submit settlement documents by December 22, 2025.  That date has passed, and the parties have neither submitted settlement documents nor moved for an extension of time to do so.

It is therefore **ORDERED** that the parties shall submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents (or inform the Court if they were unable to settle) on or before **January 20, 2026**. *See* Fed. R. Civ. P. 41. **Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.**  Failure to comply with this Order may result in dismissal of this case without prejudice.

It is so **ORDERED**.

**SIGNED** this 5th day of January, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE