United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| Deanna Coleman,<br>*Plaintiff*<br><br>v.<br><br>Randolph-Brooks Federal Credit Union and January Technologies, Inc.<br>*Defendants* | Case No:  5:25-cv-501-XR |

## Stipulation of Dismissal With Prejudice

Plaintiff Deanna Coleman and Defendant Randolph-Brooks Federal Credit Union and January Technologies, Inc., (together, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

1. All claims [and counterclaims] in the above-referenced case are hereby dismissed with prejudice.

    2. Each party shall bear its own court costs and attorney's fees.

        i. This stipulation is made pursuant Federal Rule of Civil Procedure Rule 41 and is intended to fully and finally resolve all claims between the Parties in this matter.

    4. The Parties agree that this dismissal is not the result of collusion or improper conduct and is made in good faith.

Stipulated and agreed to, this 15th day of January, 2026.

**Plaintiff,**
Deanna Coleman

By:

_____
Amy Beth Clark
Ciment Law Firm
221 Bella Katy Dr.
**Katy, TX. 77494**
Phone: 833-663-3289
Fax: 855-855-9830


**Defendant,**
Randolph-Brooks Federal Credit Union and January Technologies, Inc.

By:
Manny Newburger (With Permission)
Manny Newburger
Barron & Newburger, P.C.
7320 N. Mopac Expy Suite 400
Austin, TX. 78731
Phone: 512-476-9103
Fax: 512-279-0310